2 A.3d 470

COMMONWEALTH of Pennsylvania, Respondent

v.

Jumma A. KHIER, Petitioner.

Supreme Court of Pennsylvania.

July 28, 2010.

516

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of July, 2010, the Petition for Allowance of Appeal is **GRANTED.** Petitioner was convicted under the Unauthorized Transfer of Sounds on Recording Devices, 18 Pa.C.S.A. 4116(b)(1), and under the Trademark Counterfeiting Statute, 18 Pa.C.S.A. § 4119(a). This Court subsequently found the Trademark Counterfeiting Statute to be unconstitutional. *See Commonwealth v. Omar,* 602 Pa. 595, 981 A.2d 179, 188 (2009) (holding the Trademark Counterfeiting Statute unconstitutionally overbroad under the First Amendment to the United States Constitution). Petitioner's judgment of sentence is therefore **VACATED,** and this case is **REMANDED** to the trial court for resentencing on Petitioner's undisturbed conviction under 18 Pa.C.S.A. § 4116(b)(1). *See Commonwealth v. Goldhammer,* 512 Pa. 587, 517 A.2d 1280, 1283 (1986) (remanding for resentencing where the disposition by an appellate court has altered the sentencing scheme of the trial court).